John K. Buche (Bar No. 239477) (*local counsel*)
BUCHE AND ASSOCIATES, P.C.
2001 Wilshire Blvd. Suite 210
Santa Monica, California 90403
(858) 459–9111
(858) 459–9120 fax
jbuche@buchelaw.com

Ronald S. Bienstock (*Pro Hac Vice*)
Bradley S. Rothschild (*Pro Hac Vice*)
Brent M. Davis (*Pro Hac Vice*)
BIENSTOCK & MICHAEL, P.C.
Continental Plaza
411 Hackensack, NJ 07601
(201) 525–0300
(201) 525–0133 fax
rbienstock@musicesq.com
brothschild@musicesq.com
bdavis@musicesq.com

Attorneys for Plaintiff
ESP Shibuya Enterprises, Inc., and E.S.P. Co., Ltd.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

(WESTERN DIVISION—LOS ANGELES)

| | |
|---|---|
| **ESP SHIBUYA ENTERPRISES, INC.,** a California corporation, and **E.S.P. CO. LTD.**, a Japanese corporation,<br><br>**Plaintiff,**<br><br>v.<br><br>**ESSENTIAL SOUND PRODUCTS, INC.**, a Michigan corporation,<br><br>**Defendant.** | Case No. 2:11-cv-04463-PA (SSx)<br><br><br>[~~PROPOSED~~] ORDER |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims asserted in the above-entitled lawsuit are dismissed without prejudice, with each party bearing its own fees and costs.

**IT IS ORDERED.**

Dated: ~~April 2~~ May 2, 2012   By: _____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT COURT